The People of the State of New York, Respondent, v. Hector Lopez, Appellant.—

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and McNally, JJ.